IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLIAM S. COOPER**                                                                                   **PLAINTIFF**

v.                                          **4:10CV01164-BRW**

**RELIANCE STANDARD LIFE INSURANCE**
**COMPANY and POTLATCH CORPORATION**                                    **DEFENDANTS**
**LONG-TERM DISABILITY PLAN**

## JUDGMENT

Consistent with the Order entered on this date it is considered ORDERED and

ADJUDGED that this action and all Defendants are DISMISSED with prejudice.

IT IS SO ADJUDGED this 22nd day of March, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE